Russell C. **JOHNSON** and Crest-Craft Company, Appellants,

v.

Harold **DORSEY**, Appellee.

No. 13427.

United States Court of Appeals
Sixth Circuit.

Oct. 15, 1958.

Gorman, Davis & Hengelbrok, Dolle & Rueger, Cincinnati, Ohio, for appellants.

Lee J. Hereth of Cowell & Fletcher, Cincinnati, Ohio, for appellee.

Before ALLEN, Chief Judge, and MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the oral arguments and printed briefs of the contending attorneys and on the record in the case;

And it appearing that there is not merit in the points of alleged error urged by appellants; and that the submission to the jury of defendant's Exhibit No. 4 —produced for identification and not formally introduced in evidence—was

harmless, especially in view of the fact that the exhibit was read to the jury;

The judgment of the district court is affirmed.